

# NUMBER 13-18-00311-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE TEXAS FUELING SERVICES, INC. AND DEWITT GREEN III

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Order Per Curiam**

Relators Texas Fueling Services, Inc. and Dewitt Green III filed a petition for writ of mandamus in the above cause on June 19, 2018. Through this original proceeding, relators seek to compel the trial court to vacate its April 11, 2018 order granting a new trial.

The Court requests that the real party in interest, Tiffany Dawn Davis, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of June, 2018.